UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRACEE DAHER,

          Plaintiff,

-vs-                                 Case No. 6:07-cv-68-Orl-28KRS

MAGDALENA BELTRE, M.D. P.A.,
MAGDALENA BELTRE, M.D., WILJON
W. BELTRE, M.D. P.A., WILJON W.
BELTRE, M.D.,

          Defendants.
_____

# ORDER

This case is before the Court on Joint Motion for Approval of Proposed Settlement and Stipulated Final Judgment (Doc. No. 12) filed March 13, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 13, 2007 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Proposed Settlement and Stipulated Final Judgment is **GRANTED**. The settlement agreement submitted by the parties (Doc. 12) is **APPROVED**.

3.   This case is dismissed with prejudice and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6___ day of April, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party